**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 13 2000

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN RE NORPLANT CONTRACEPTIVE PRODUCTS LIABILITY LITIGATION : | MDL DOCKET NO. 1038 |
| Amy Hampton, : | |
| Plaintiffs, : | |
| v. : | Case No.: 1:97cv08435 |
| American Home Products Coporation, : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff _Amy Hampton_ and defendants American Home Products Corporation, hereby stipulate that plaintiff's claims be and are hereby dismissed ***with prejudice***

_____
Charles H. Johnson
Charles H. Johnson & Associates
2599 Mississippi Street
New Brighton, MN 55112

ATTORNEYS FOR PLAINTIFF

_____
Paul W. Gertz
GERMER & GERTZ
805 Park Street
P.O. Box 3728
Beaumont, Texas 77704

ATTORNEYS FOR DEFENDANTS